Derrick J. O'Neill ISB 4021
JONES ♦WILLIAMS ♦FUHRMAN ♦GOURLEY, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: doneill@idalaw.com

Attorneys for Craig Cunningham

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of: Tenesita M. Kinikini and Myla Lynnette Kinikini<br><br>Debtors. | Case No.: 19-00134-TLM<br><br>**Chapter 7** |

## OPPOSITION TO MOTION TO AVOID JUDGMENT LIEN

COMES NOW Craig Cunningham ("CREDITOR"), by and through his counsel of record, Jones ♦Williams ♦Fuhrman ♦ Gourley, P.A. and hereby objects to the Motion to Avoid Judgment lien filed by Debtors. Creditor maintains that Creditor's judicial lien does not impair debtors' homestead, as discussed below. The facts supporting Creditor's position are set forth in Creditor's Motion for Stay Relief, being heard contemporaneously with Debtors' Motion to Avoid Lien, and Creditor would incorporate those facts, by reference, herein.

At the time of Debtors' bankruptcy filing, execution under Creditor's judgment lien was pending in the form of a sheriff's sale of the real property commonly known as 8338 Gallatin Dr. Nampa. That notice of sale specifically acknowledged the homestead

**OPPOSITION TO MOTION TO AVOID JUDGMENT LIEN- PAGE 1**

exemption rights of Debtors and directed that the all sale proceeds be applied first to the homestead exemption. A copy of that notice of sale is attached hereto as **Exhibit A**. The property could only be sold if the exemption was paid in full. Accordingly, the homestead would not be impaired.

Additionally, Debtors position is that the homestead is only impaired if the property value is less than $215,800.61 (the value of liens senior to Creditor plus the allowed homestead). As noted in the broker's price opinion attached to Creditor's motion for stay relief, the property has been valued at $285,000. If that value is accurate, the homestead is not impaired. In addition, Debtor's own expert Richard Gehrke indicates the property needs $45,000 to $50,000 in repairs to bring the condition up to the comparables, and that the comparable value is $285,000, leaving a present value of between $235,000 and $240,000. Using Gehrke's numbers, the homestead is not impaired.

Discovery in this matter will provide more specific information regarding Debtors' valuations and Creditor reserves the right to supplement this opposition as additional facts become known.

DATED this 14th day of March, 2019.

        JONES ♦WILLIAMS ♦FUHRMAN ♦GOURLEY, P.A.


        By  /s/ Derrick J. O'Neill
          Derrick J. O'Neill
          Attorneys for Craig Cunningham

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 14th day of March, 2019, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

| |
|---|
| dara@parkerlaw.pl |
| Noah G. Hillen- ngh@hillenlaw.com |
| U.S. Trustee – ustp.region18.bs.edf@usdoj.gov |

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| |
|---|
| Tenesita M. Kinikini<br>Myla Lynnette Kinikini<br>8338 E. Gallatin Dr.<br>Nampa, ID  83687 |

                                            /s/ Derrick J. O'Neill
                                            Derrick J. O'Neill

**OPPOSITION TO MOTION TO AVOID JUDGMENT LIEN- PAGE 3**

# EXHIBIT A

**Derrick J. O'Neill/ISB No. 4021**
Jones Gledhill Fuhrman Gourley, P.A.
225 N. 9th St., Ste 820
Boise, Idaho 83701
208-331-1170
fax 208-331-1529
doneill@idalaw.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON

| | |
|---|---|
| CRAIG CUNNINGHAM | Case No.: CV14-18-07928 |
| PlaintiffS, | **NOTICE OF SALE** |
| vs. | |
| DANSTER KINIKINI and TENESITA KINIKINI. | |
| Defendants | |

Under and by virtue of Writ of Execution issued on November 2nd, 2018, out of and under the seal of the above-entitled Court on an Amended Abstract of Judgment recovered in the above-entitled action on the 9th of September, 2018, in favor of the above-named Plaintiff, and by virtue of Writ of Execution issued on November 2nd, 2018, out of and under the seal of the above-entitled Court on an Amended Abstract of Judgment in Canyon County Case No CV14-18-07928, in favor of the above-named Plaintiff, I am commanded and required to proceed to notice for sale to sell at public auction the real property described on **Exhibit A** attached hereto and to apply the proceeds of such sale to any homestead exemption as allowed under Idaho Law and then to the satisfaction of said Judgment with interest thereon and my fees and costs.

NOTICE OF SALE - 1

NOTICE IS HEREBY GIVEN that on the 20th day of February, 2019 at the hour of 9:00 o'clock a.m., at the location of the main lobby of the Canyon County Courthouse, 1115 Albany St., Caldwell, ID 83605, I will attend, offer and sell at public auction all or so much of the above-described property thus directed to be sold as may be necessary to raise sufficient funds to pay and satisfy the Judgment to the highest bidder therefore in lawful money. The time period for redemption of the above property is six (6) months from the date of sale herein.

The Sheriff, by a Certificate of Sale, will transfer right, title and interest of the judgment debtor in and to the property. The Sheriff will also give possession but does not guarantee clear title nor continue possessory right to the purchaser.

DATED This 3rd day of January 2019.

                         KIERAN DONAHUE
                         CANYON COUNTY SHERIFF

                         By:    T. Krein #5988
                                   Deputy Sheriff

PLAINTIFF HAS THE RIGHT TO SUBMIT A CREDIT BID. SALE MAY BE CANCELLED WITHOUT NOTICE. NOTE: THE SHERIFF'S OFFICE DOES NOT GUARANTEE CLEAR TITLE OR GUARANTEE CONTINUED POSSESSORY RIGHTS. THE CANYON COUNTY SHERIFF'S OFFICE DOES NOT DISCRIMINATE ON THE BASIS OF DISABILITY IN THE ADMISSION OF OR ACCESS TO, OR PARTICIPATION IN ITS PROGRAMS OR ACTIVITIES. REQUEST FOR REASONABLE ACCOMMODATION MUST BE MADE NO LESS THAN 48 HOURS BEFORE THE SCHEDULED SALE. REQUEST FOR REASONABLE ACCOMMODATION FORMS ARE AVAILABLE FROM THE SHERIFF'S OFFICE, 1115 ALBANY STREET, CALDWELL, IDAHO.

NOTICE OF SALE - 2

# EXHIBIT A

## Legal Description of 8338 E. Gallatin Dr., Nampa, ID

Lot 21, Block 2, Colter Bay Subdivision No. 3, according to the plat thereof, filed in Book 36 of Plats at page(s) 30, records of Canyon County, Idaho.

NOTICE OF SALE - 3