Dara L. Parker, ISB 7177
D. PARKER LAW PLLC
984 Corporate Ln. Ste 101
Nampa, ID 83651
Telephone: (208) 287-4664
Fax: (208) 231-2125
Email: dara@dparkerlaw.pl

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | |
|---|---|
| Tenesita M. Kinikini and Myla Lynnette Kinikini | Case No.19-00134-TLM |
| | Chapter 7 |
| Debtor(s) | |

## STATEMENT OF NO OBJECTION OR WITHDRAWAL OF OBJECTION TO MOTION TO AVOID JUDGMENT LIEN

COMES NOW, the Debtors, Tenesita M. Kinikini and Myla Lynnette Kinikini ] by and through their attorney of record, Dara L. Parker, and give notice pursuant to Local Bankruptcy Rule 2002.2 that no objections to Debtors' Motion to Avoid Judgment Lien (Dkt. 20) have been timely filed or that the objection has been withdrawn.

On March 2, 2019, Debtors filed a Motion to Avoid Liens held by Craig Cunningham, Capital One Bank, and Midland Funding.  These lien holders were served a

**STATEMENT OF NO OBJECTION OR WITHDRAWAL OF OBJECTION TO MOTION TO AVOID JUDGMENT LIEN**    1

copy of the Motion and Notice by U.S. Mail as indicated in the Certificate of Service included with Debtors' Motion to Avoid Judgment Lien. Capital One Bank and Midland Funding filed no objection. Craig Cunningham did file a timely objection on March 2, 2019, (Dkt. 21), but withdrew this objection on May 6, 2019 (Dkt. 37).

Debtors therefore respectfully request that the Court enter an order avoiding the following judgment liens:

(A)    A judicial lien recorded by Midland Funding, Case No. CV-2016-909, Case No. CV-2016-908 (Canyon County, Idaho), in the amount of $1,700.64, on July 6, 2016, as Instrument No. 2016-026299 (Canyon County, Idaho);

(B)    A judicial lien recorded by Capital One Bank, Case No. CV-2016-3781-C, (Canyon County, Idaho), in the amount of $3,213.41, on July 8, 2016, as Instrument No. 2016-026982 (Canyon County, Idaho).

(C)    A judicial lien recorded by Craig Cunningham in the amount of $249,000, Case No. CV14-18-07928 (Canyon County, Idaho), on October 12, 2018, as Instrument No. 2018-045723, Canyon County, Idaho).

Such judgment liens impair Debtors' homestead exemption, Idaho Code 55-1003 and 55-1004, with respect to 8338 E. Gallatin Dr., Nampa, Canyon County, Idaho, more particularly described as "Lot 21, Block 2, Colter Bay Subdivision No. 3, according to the plat thereof, filed in Book 36 of Plats at page(s) 30, records of Canyon County, Idaho.

A proposed order shall forthwith be lodged with the Court.

DATED this 8th day of May, 2019

By /s/ Dara L. Parker
Attorney for Debtor

STATEMENT OF NO OBJECTION OR WITHDRAWAL OF                    2
OBJECTION TO MOTION TO AVOID JUDGMENT LIEN

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2019, I electronically filed the foregoing document using the CM/ECF system, which provided notice to the following parties:

Noah G. Hillen, Trustee
ngh@hillenlaw.com, dlr@hillenlaw.com, llm@hillenlaw.comm
sellassets@ecf.inforuptcy.com, ID14@ecfcbis.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

I HEREBY CERTIFY that on May 8, 2019, I served the following by United States first class mail postage prepaid to the following parties:

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Craig Cunningham
3000 Custer Rd.
Suite 270-206
Plano, TX 75075

Derrick J. O'Neill ISB 4021
JONES WILLIAMS FUHRMAN GOURLEY, PA
Attorneys for Craig Cunningham
PO Boise 1097
Boise, ID 83701

Capital One Bank (USA), N.A.
Richard D. Fairbank
Chief Executive Officer Capital One Bank (USA), N.A.
4851 Cox Road Glen Allen, Virginia 23060

**STATEMENT OF NO OBJECTION OR WITHDRAWAL OF**     3
**OBJECTION TO MOTION TO AVOID JUDGMENT LIEN**

Capital One Bank (USA), N.A.
CORPORATION SERVICE COMPANY
100 SHOCKOE SLIP
2ND FLOOR
RICHMOND VA 23219

Michael J. Archibald
Kent W. Bailey
Johnson Mark LLC
Attorney for Capital One Bank (USA), N.A.

PO Box 3023
Meridian, ID 83680

Midland Funding LLC
CORPORATION SERVICE COMPANY
12550 W EXPLORER DR STE 100
BOISE, ID 83713

Midland Portfolio Services Inc.,
Manager of Midland Funding LLC
3111 Camino Del Rio North Suite 103
San Diego, CA 92108

Michael J. Archibald
Kent W. Bailey
Johnson Mark LLC
Attorney for Midland Funding LLC
PO Box 3023
Meridian, ID 83680

    /s/ Dara L. Parker
    Dara L. Parker
    Attorney for Debtors

**STATEMENT OF NO OBJECTION OR WITHDRAWAL OF**      4
**OBJECTION TO MOTION TO AVOID JUDGMENT LIEN**