UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Tenesita M. Kinikini and Myla Lynnette Kinikini<br><br><br>Debtor(s) | Case No.19-00134-TLM<br><br>Chapter 7 |

ORDER AVOIDING JUDGMENT LIEN

Upon consideration of the Debtors' MOTION TO AVOID LIEN, Creditors Craig Cunningham, Capital One Bank (USA), N.A, and Midland Funding LLC having been served in compliance with the rules and no objections having been timely filed by Capital One Bank (USA), N.A, and Midland Funding LLC, and the objection filed by Craig Cunningham having been withdrawn, it is

ORDERED that pursuant to Title 11 U.S.C. Sec. 522(f), the following judgment liens are avoided to the extent that such liens impair the Debtors' homestead exemption with respect to 8338 E. Gallatin Dr., Nampa, Canyon County, Idaho, more particularly described as "Lot 21, Block 2, Colter Bay Subdivision No. 3, according to the plat thereof, filed in Book 36 of Plats at page(s) 30, records of Canyon County, Idaho. As these liens could not be satisfied in any part without such impairment of the homestead exemption, these liens are avoided in their entirety:

(A)   A judicial lien recorded by Midland Funding, Case No. CV-2016-909, Case No. CV-2016-908 (Canyon County, Idaho), in the amount of $1,700.64, on July 6, 2016, as Instrument No. 2016-026299 (Canyon County, Idaho);

ORDER ON MOTION TO AVOID JUDGMENT LIEN - 1

(B)    A judicial lien recorded by Capital One Bank, Case No. CV-2016-3781-C, (Canyon County, Idaho), in the amount of $3,213.41, on July 8, 2016, as Instrument No. 2016-026982 (Canyon County, Idaho).

(C)    A judicial lien recorded by Craig Cunningham in the amount of $249,000, Case No. CV14-18-07928 (Canyon County, Idaho), on October 12, 2018, as Instrument No. 2018-045723, Canyon County, Idaho).

//end of text//

DATED:  May 9, 2019

                    TERRY L. MYERS
                    U.S. BANKRUPTCY JUDGE

Submitted by: Dara L. Parker, Debtors' Attorney.

ORDER ON MOTION TO AVOID JUDGMENT LIEN - 2