B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### District Of ___Idaho___

| | |
|---|---|
| In re Tenesita M. Kinikini and Myla Lynnette Kinikini )<br>Debtor ) | Case No. ___19-00134-TLM___<br><br>Chapter ___7___ |
| )<br>Craig Cunningham )<br>Plaintiff )<br>)<br>v. )<br>Tenesita M. Kinikini and Myla Lynnette Kinikini )<br>Defendant ) | Adv. Proc. No. ___19-06032-TLM___ |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  550 W Fort St, Boise, ID 83704

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  Derrick J. O'Neill
Jones Williams Fuhrman Gourley, P.A.
225 N. 9th Street, Suite 820, Boise, ID

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date:  ___04/26/2019___          By:

**United States Courts
District of Idaho**

*Hailey Stevason*
**on Apr 26, 2019 9:52 am**

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, _____Derrick J. O'Neill_____ (name), certify that service of this summons and a copy of the complaint was made _____04/28/2019_____ (date) by:

❑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:
       8338 E. Gallatin Dr.
       Nampa, ID 83687
       *See Exhibits A & B*

❑ Residence Service: By leaving the process with the following adult at:

❑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑ Publication: The defendant was served as follows: [Describe briefly]

❑ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.
    *See Exhibits A & B*

Date _____    Signature _____

        Print Name: _____

        Business Address: _____

                      _____

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

Craig Cunningham                         Plaintiff(s):

                                                              AFFIDAVIT OF SERVICE
VS.
                                                              Case Number: 19-00134-TLM
Tenesita M. Kinikini, et al.             Defendant(s):

For:
Jones, Williams, Fuhrman, Gourley, P.A
225 N. 9th St., Ste. 820
Boise, ID 83702


STATE OF IDAHO                  )
                                :ss
COUNTY OF ADA                   )

Received by Tri-County Process Serving LLC on April 26, 2019 to be served on **TENESITA M. KINIKINI AKA DANSTER KINIKINI**.

I, Anthony Armfield, who being duly sworn, depose and say that on Sunday, April 28, 2019, at 7:42 PM, I:

SERVED the within named person(s) by leaving a true copy of the **Summons in a Adversary Proceeding, Adversary Complaint** with Trechor Kinikini, co-resident, a person over the age of 18 years at **8338 E. Gallatin Dr., Nampa, ID 83687**, the usual place of abode of Tenesita M. Kinikini aka Danster Kinikini. Said service was effected at 8338 E. Gallatin Dr., Nampa, ID 83687.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Reference Number: 174874
Client Reference: 9633-001


                                                              Subscribed and sworn before me today
                                                              Friday, May 3, 2019

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

Notary Public for the State of Idaho

SHANNON ROESBERY
COMMISSION #60654
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 11/20/2024

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

Craig Cunningham                          Plaintiff(s):

vs.

Tenesita M. Kinikini, et al.             Defendant(s):

AFFIDAVIT OF SERVICE

Case Number: 19-00134-TLM

For:
Jones, Williams, Fuhrman, Gourley, P.A
225 N. 9th St., Ste. 820
Boise, ID 83702

STATE OF IDAHO          )
                         :ss
COUNTY OF ADA           )

Received by Tri-County Process Serving LLC on April 26, 2019 to be served on **MYLA LYNNETTE KINIKINI**.

I, Anthony Armfield, who being duly sworn, depose and say that on Sunday, April 28, 2019, at 7:42 PM, I:

SERVED the within named person(s) by leaving a true copy of the **Summons in a Adversary Proceeding, Adversary Complaint** with Trechor Kinikini, co-resident, a person over the age of 18 years at **8338 E. Gallatin Dr., Nampa, ID 83687**, the usual place of abode of Myla Lynnette Kinikini. Said service was effected at 8338 E. Gallatin Dr., Nampa, ID 83687.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Reference Number: 174875
Client Reference: 9633-001

Subscribed and sworn before me today
Friday, May 3, 2019

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

SHANNON ROESBERY
COMMISSION #60654
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 11/20/2024

Notary Public for the State of Idaho