Derrick J. O'Neill
JONES ♦WILLIAMS ♦FUHRMAN ♦ GOURLEY, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: doneill@idalaw.com

Attorneys for Craig Cunningham

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of:<br><br>Tenesita M. Kinikini and Myla Lynnette Kinikini<br><br>          Debtors. | Case No.:  19-00134-TLM<br><br>Adversary Case No.: 19-06032<br><br>**MOTION TO WITHDRAW AND OPPORTUNITY TO OBJECT** |
| Craig Cunningham,<br><br>          Plaintiff,<br>v.<br><br>Tenesita M. Kinikini<br><br>          Defendant. | |

COMES NOW, Derrick O'Neill of the law firm Jones Williams Fuhrman Gourley, P.A. as attorney of record for Plaintiff Craig Cunningham, and pursuant to Local Bankruptcy Rule

9010.1 (f) and hereby moves the court to allow Derrick O'Neill and Jones Williams Fuhrman Gourley, P.A. to withdraw as attorney of record for Craig Cunningham.

<u>Notice of Motion to Withdraw and Opportunity to Object and for a Hearing.</u>

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

Upon entry of an Order allowing withdrawal, Plaintiff Craig Cunningham will have twenty-one (21) days within which to appear in the action, either in person or through a newly appointed attorney.  Failure to appear within the twenty-one (21) day period shall be sufficient grounds for entry of a dismissal of the adversary action.

DATED This 5th__ day of December, 2019.

By:     /s/ Derrick J. O'Neill
       Derrick O'Neill

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 5th__ day of December, 2019, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

| |
|---|
| dara@parkerlaw.pl |
| Noah G. Hillen- ngh@hillenlaw.com |
| U.S. Trustee – ustp.region18.bs.edf@usdoj.gov |

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| |
|---|
| Tenesita M. Kinikini<br>Myla Lynnette Kinikini<br>8338 E. Gallatin Dr.<br>Nampa, ID  83687<br><br>Craig Cunninghman<br>3000 Custer Road, Ste 270-206<br>Plano, TX 75075 |

                                              /s/ Derrick J. O'Neill
                                              Derrick O'Neill

                Derrick J. O'Neill

Motion to withdraw
Page 4